```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                  Case No. 14-00617-RNO
John Scott Ledner                                                       Chapter 13
Sandra Ledner
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: PRadginsk          Page 1 of 1          Date Rcvd: May 16, 2019
                              Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2019.
db/jdb         +John Scott Ledner,   Sandra Ledner,   1150 Woodland Drive,   East Stroudsburg, PA 18301-7158

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Donna  Donaher    on behalf of Creditor    PNC Bank donaherd@fnb-corp.com
              Howard  Gershman    on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC
               hg229ecf@gmail.com,   229ecf@glpoc.comcastbiz.net
              James  Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              Nicole Bernadette LaBletta    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               nlabletta@pincuslaw.com,   brausch@pincuslaw.com
              Timothy B. Fisher, II    on behalf of Debtor 2 Sandra  Ledner donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II    on behalf of Plaintiff Sandra  Ledner donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II    on behalf of Debtor 1 John Scott Ledner donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II    on behalf of Plaintiff John Scott Ledner donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| John Scott Ledner,<br>**Debtor 1**<br>Sandra Ledner,<br>**Debtor 2** | Chapter 13<br>Case No. 5:14−bk−00617−RNO |

Social Security No.:
            xxx−xx−7011        xxx−xx−6493

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: May 16, 2019

By the Court,

*/s/ Robt N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: PRadginsk, Deputy Clerk

**fnldec** (05/18)